IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

ANNA BACON,

                Plaintiff,

v.

PORTLAND CREDIT INC.,

                Defendant.

10-CV-1515-BR

**JUDGMENT OF DISMISSAL**

Based on the Notice of Dismissal (#7) filed April 20, 2011, this action is **DISMISSED, with prejudice,** and without costs or attorney's fees to either party.

**IT IS SO ORDERED.**

DATED this 21st day of April, 2011.

                                            _/s/ Anna J. Brown_
                                            ANNA J. BROWN
                                            United States District Judge